HACKENSACK WATER COMPANY, PLAINTIFF-PETITIONER.
v. BOROUGH OF EMERSON, DEFENDANT-RESPONDENT.

*Mr. William V. Breslin* for the petitioner.

*Mr. William E. Bannon* for the respondent.

February 10, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ROSCOE JOSEPH HARRIS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Miss Cynthia M. Jacob* for
the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey* for the
respondent.

February 10, 1970. Denied.

THANET CORPORATION, PLAINTIFF-RESPONDENT, v. THE
BOARD OF ADJUSTMENT OF THE TOWNSHIP OF
PRINCETON, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 108 *N. J. Super.* 65.

*Mr. Gordon D. Griffin, Mr. Ivan C. Bash* and *Mr. Henry
A. Hill, Jr.* for the petitioners.

*Messrs. Smith, Stratton, Wise & Heher* for the respondent.

February 10, 1970. Denied.